UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HELEN SWARTZ, individually,

                        Plaintiff,

            -against-                              **ORDER**
                                            20-CV-10029 (KPF)(KNF)

LAM PLATT STREET HOTEL LLC, a
New York Limited Liability Company,

                       Defendant.
-------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       Based upon the plaintiff's representation that the parties have settled their dispute, <u>see</u> Docket

Entry No. 17, the settlement conference scheduled for April 20, 2021 is hereby cancelled.

Dated: New York, New York          SO ORDERED:
      April 19, 2021

                               _Kevin Nathaniel Fox_
                                KEVIN NATHANIEL FOX
                                UNITED STATES MAGISTRATE JUDGE